UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| LAUREN BICKFORD-BUSHEY, | Civil Action No. 08 CIV 4465 (PKL) |
| Plaintiff, | |
| -against- | [Related to 06 CIV 13371 (PKL)] |
| GREYHOUND LINES, INC. and THE GOODYEAR TIRE and RUBBER COMPANY, | DISCLOSURE STATEMENT PURSUANT TO |
| Defendants. | F.R.C.P. RULE 7.1 |

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the defendant, GREYHOUND LINES, INC. ("GLI"), by its attorneys, FABIANI COHEN & HALL, LLP, as and for its Disclosure Statement Pursuant to F.R.C.P. Rule 7.1 sets forth as follows:

GLI is a Delaware corporation. Laidlaw Transportation Holdings, Inc. ("LTHI") owns 100% of the stock of GLI. Laidlaw Transportation, Inc. ("LTI") owns 100% of the stock of LTHI. Laidlaw International, Inc. ("LII") owns 100% of the stock of LTI.

LII is a Delaware corporation. FirstGroup US, a UK private unlimited company, owns LII. There is no publicly held corporation that owns 10% or more of LII's stock.

Dated:   New York, New York
         June 2, 2008

                                      Yours, etc.,

                                      FABIANI COHEN & HALL, LLP

                                      Kevin B. Pollak (KBP 6098)
                                      Attorneys for Defendant
                                      GREYHOUND LINES, INC.
                                      570 Lexington Avenue, 4th Floor
                                      New York, New York 10022
                                      (212) 644-4420

387272.1

TO:    LAW OFFICE OF MARK SCHNEIDER
        Attorney for Plaintiff
        57 Court Street
        Plattsburgh, New York 12901
        Attention: Mark Schneider, Esq.
        (518) 566-6666

        HERRICK, FEINSTEIN, LLP
        Attorneys for Defendant,
        THE GOODYEAR TIRE &
         RUBBER COMPANY
        2 Park Avenue
        New York, New York 10016
        Attention: Alan D. Kaplan, Esq.
        (212) 592-1400

387272.1

Lauren Bickford-Bushey v. Greyhound Lines, Inc., et al.
Civil Action No.: 08 CIV 4465 (PKL)
Our File No. 818.34464

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1** was served via CM/ECF and First-Class Mail, postage prepaid, this 2nd day of June, 2008, to:

**LAW OFFICE OF MARK SCHNEIDER**
**Attorneys for Plaintiff**
**LAUREN BICKFORD-BUSHEY**
**57 Court Street**
**Plattsburgh, New York 12901**
Attention: Mark Schneider, Esq.

**HERRICK, FEINSTEIN, LLP**
**Attorneys for Defendant**
**THE GOODYEAR TIRE &**
**RUBBER COMPANY**
**2 Park Avenue**
**New York, New York 10016**
Attention: Alan D. Kaplan, Esq.

                                      Kevin B. Pollak (6098)

Sworn to before me this
2nd day of June, 2008.

_____
NOTARY PUBLIC

APRIL D SMITH LITTLE
Notary Public, State of New York
No. 01SM6085371
Qualified in Bronx County
Commission Expires 6 / 01 / 20__

387321.1