AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  6/13/2008 |
| NAME OF SERVER  Brandon Pope | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:
   Served personally on third-party defendant, Motor Coach Industries, Inc.'s counsel, Howard C. Crystal, Esq. of Novack Burnbaum Crystal LLP at 300 East 42nd Street, New York, New York 10017.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
   See Admission of Service below.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/13/2008
               Date                    *Signature of Server*

570 Lexington Avenue, 4th Floor, New York, New York 10022
*Address of Server*

**ADMISSION OF SERVICE:** On June 13, 2008 I accepted service of the Third-Party Summons and Third-Party Complaint on behalf of third-party defendant, Motor Coach Industries, Inc., in the Bickford-Bushey v. Greyhound Lines, Inc., et al. v. Motor Coach Industries, Inc., et al., 08 CIV 4465 (PKL) matter.

Howard C. Crystal, Esq.
NOVACK BURNBAUM CRYSTAL LLP
Attorneys for Motor Coach Industries, Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

388245.1