
CLOSURE 5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAUREN BICKFORD-BUSHEY,

                Plaintiff,

        v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff.

        v.

MOTOR COACH INDUSTRIES, INC. and UNICCO,
formerly known as UNICCO Service Company,

        Third-Party Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff.

        v.

MOTOR COACH INDUSTRIES and UGL UNICCO, formerly known as
UNICCO Service Company,

        Third-Party Defendant.
------------------------------------------------------------X

08 CIV 4465 (PKL)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Defendant/Third Party Plaintiff Greyhound Lines, Inc. and for Third Party Defendant Motor Coach Industries, Inc. ("MCI"), that the time for MCI to answer or otherwise respond to the Third Party Complaint filed on June 8, 2008 and served on June 13, 2008, in this action is hereby extended to and including July 18, 2008.

1

348722.1

IT IS FURTHER STIPULATED AND AGREED that MCI waives the defenses of personal jurisdiction and improper service.

Dated: New York, New York
June 16, 2008

NOVACK BURNBAUM CRYSTAL. LLP

*[signature]*

Howard C. Crystal (HC1666)
300 East 42nd Street
New York, NY 10017
212-682-4002
Attorneys for Third Party Defendant

FABIANI COHEN & HALL. LLP

*[signature]*

Kevin B. Pollak (KBP6098)
570 Lexington Avenue, 4th Floor
New York, New York 10022
212-644-4420
Attorneys for Defendant/Third Party Plaintiff

SO ORDERED: *[signature]* 6/19/08

Peter K. Leisure, U.S.D.J.