Alan D. Kaplan, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Tel: 212-592-1400
Fax: 212-592-1500
Email: akaplan@herrick.com
    Attorneys for Defendant
    The Goodyear Tire & Rubber Co.

UNITED STATES DISTRICT COURT          ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAUREN BICKFORD-BUSHEY,           08 CIV 4465 (PKL)

           Plaintiff,             [Related to 06 CIV 13371 (PKL)]

       -against-           Jury Trial Requested

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE and RUBBER COMPANY,

           Defendants.         **AFFIDAVIT OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       I, Marie Grimm, being sworn say:

       1.     I am not a party to the action, am over 18 years of age and reside in New York, New York.

       2.     On June 26, 2008 I served copies of GOODYEAR'S ANSWER TO CROSS CLAIMS OF GREYHOUND LINES, INC., dated June 26, 2008 by having a true copy sent via U.S. First Class Mail, addressed to the parties listed below:

To:
FABIANI COHEN & HALL, LLP
Kevin B. Pollak, Esq.
570 Lexington Avenue, 4th Floor
New York, NY 10022

RUBENSTEIN & RYNECKI
Robert Petitt
16 Court Street
Brooklyn, NY 11241

QUIRK AND BAKALOR, P.C.
Scott P. Taylor
845 Third Avenue
New York, NY 10022

NORMAN LISS ATTORNEYS-AT-LAW, P.C.
Norman Liss
200 West 57th Street
New York, NY 10019

NOVACK BURNBAUM CRYSTAL LLP
Howard C. Crystal
Motor Coach Industries, Inc.
300 East 42nd Street
New York, NY 10017

THE LIETZ LAW FIRM PLLC
David K. Lietz
888 166 Street, NW, Suite 800
Washington, DC 20006

Mark Schneider, Esq.
Law Office of Mark Schneider
57 Court Street

VALAD AND VECCHIONE, PLLC
John J. Vecchione
3863 Plaza Drive

Plattsburgh, New York 12901

KREINDLER & KREINDLER LLP
James P. Kreindler
Megan Benett
100 Park Avenue, 18th Floor
New York, NY 10017

TAUB & MARDER, ESQS
Kenneth Marder
450 7th Avenue, 37th Floor
New York, NY 10123

RICH & RICH, PC
Jeffrey M. Rich
30 Vesey Street
New York, NY 10007

GOLDBERG SEGALLA LLP
William Gordon Kelly
170 Hamilton Avenue, Suite 203
White Plains, NY 10601-1717

Lisa Marie Robinson
5789 Widewaters Parkway
Syracuse, NY 13214

Fairfax, VA 22030

E. STEWART JONES, PLLC
28 Second Street
Troy, NY 12181

LAW OFFICES OF NEIL MOLDOVAN
One Old Country Road - Suite 270
Carle Place, NY 11514

LAW OFFICES OF EDWARD P. RYAN
Edward P. Ryan, Esq.
38 Eagle Street
Albany, NY 12207

CHAPMAN ZARANSKY LLP, OF COUNSEL
  TO
LAW OFFICES OF JAY H. TANENBAUM
Michael B. Zaransky, Esq.
110 Wall Street
16th Floor
New York, NY 10010

Marie Grimm

Sworn to before me this
3d day of July, 2008

Notary Public

TANYA VITERI
NOTARY PUBLIC, State of New York
No. 01VI6032087
Qualified in Kings County
Commission Expires January 26, 2010