UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAUREN BICKFORD-BUSHEY

                Plaintiffs,

    v.

GREYHOUND LINES, INC., and THE GOODYEAR TIRE & RUBBER COMPANY

                Defendants.
-------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC., and UGL UNICCO, Formerly Known as UNICCO Service Company,

                Third-Party Defendants.
-------------------------------------------------------------X

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

08 CIV 4465 (PKL)

[Related to
06 CIV 13371 (PKL)]

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Third-Party Defendant UNICCO Service Company d/b/a UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company, certifies that no publicly held corporation owns ten percent (10%) or more of its stock and there is no parent corporation of that party other than United Group Limited, United Group Services Pty Ltd., United Group Investment Partnership and United Group USA Inc.

Dated: New York, New York
       July 16, 2008

                                              Yours, etc.

                                              QUIRK AND BAKALOR, P.C.

                                              By:_____
                                                   Scott P. Taylor (7761)

                                Attorneys for Third-Party Defendant
                                UNICCO Service Company d/b/a UGL
                                Unicco s/h/a UGL UNICCO, Formerly
                                Known As UNICCO Service Company
                                845 Third Avenue
                                New York, New York 10022
                                (212) 319-1000

TO:    LAW OFFICE OF MARK SCHNEIDER
         *Attorneys for Plaintiffs*
         **LAUREN BICKFORD-BUSHEY**
         57 Court Street
         Plattsburgh, New York 12901
         (518) 566-6666

         FABIANI COHEN & HALL, LLP
         Kevin B. Pollak (KBP 6098)
         *Attorneys for Defendant/*
         *Third-Party Plaintiff*
         **GREYHOUND LINES, INC.**
         570 Lexington Avenue, 4th Floor
         New York, New York 10022
         (212) 644-4420

         HERRICK, FEINSTEIN, LLP
         *Attorneys for Defendant*
         **THE GOODYEAR TIRE &**
         **RUBBER COMPANY**
         2 Park Avenue
         New York, New York 10016
         (212) 592-1400

         *NOVACK BURNBAUM CRYSTAL LLP*
         *Attorneys for Third-Party Defendant,*
         **MOTOR COACH INDUSTRIES, INC.**
         300 East 42nd Street
         New York, New York 10017
         (212) 682-4002

☐ Attorney's Affirmation state that I am the attorney of record for in the within action; I have read the foregoing and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.
Dated:

................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF                              ss.:
I, the undersigned, being duly sworn, depose and say: I am

☐ Individual Verification    in the action; I have read the foregoing
and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification    the             of
a                               corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.
The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on

................................................................
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF    New York    ss.:    (If more than one box is checked—indicate after names type of service used.)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at Valley Stream, N.Y.
On July 16, 2008    I served the within Rule 7.1 Corporate Disclosure Statement

☒ Service By Mail    by mailing a copy to each of the following persons at the last known address set forth after each name below.
☐ Personal Service on Individual    by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein*:
☐ Service by Electronic Means    by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.
☐ Overnight Delivery Service    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

LAW OFFICE OF MARK SCHNEIDER
*Attorneys for Plaintiffs*
**LAUREN BICKFORD-BUSHEY**
57 Court Street
Plattsburgh, New York 12901

FABIANI COHEN & HALL, LLP
Kevin B. Pollak (KBP 6098)
*Attorneys for Defendant/*
*Third-Party Plaintiff*
**GREYHOUND LINES, INC.**
570 Lexington Avenue, 4th Floor
New York, New York 10022

HERRICK, FEINSTEIN, LLP
*Attorneys for Third-Party Defendant*
**THE GOODYEAR TIRE & RUBBER COMPANY**
2 Park Avenue
New York, New York 10016

NOVACK BURNBAUM CRYSTAL LLP
*Attorneys for Third-Party Defendant*
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017

Sworn to before me on
July 16, 2008

DARA L. ROSENBAUM
Notary Public, State of New York
No. 02RO6117218
Qualified in New York County
Commission Expires October 25, 2008

Ludy Aristilde
................................................................
The name signed must be printed beneath

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08 CIV 4465   Year

LAUREN BICKFORD-BUSHEY,

                                Plaintiff,

    -against-

GREYHOUND LINES, INC. and THE GOODYEAR TIRE
& RUBBER COMPANY,

                            Defendant.    *AND OTHER ACTIONS*

## RULE 7.1 CORPORATE DSICLOSURE STATEMENT

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Third-Party Defendant, UNICCO Service Company d/b/a/ UGL Unicco s/h/a UGL UNICCO, Formerly Known As UNICCO Service Company

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order    of which the within is a true copy
will be presented for settlement to the HON.    one of the judges of the
within named Court, at
on                  at           M.
Dated,

                                Yours, etc.

                                **QUIRK AND BAKALOR, P.C.**