AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 15, 2008 |
| NAME OF SERVER Edward T. Bowser III | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served:
275 Grove Street, Auburndale MA 02466

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
Vanessa A. Eustace as Vice President & General Counsel

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/2008
             Date        Signature of Server

PO Box 1001
Winchester MA 01890
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

IN THE COURT OF THE STATE OF NEW YORK
IN AND FOR THE COUNTY OF

Index Number: 08-CIV-4465 (PKL) (REL. TO 06-CIV-13371)
Date Filed: 6/6/2008

Plaintiff/3rd Party:
**Lauren Bickford-Bushey / Greyhound Lines Inc. and The Goodyear Tire & Rubber Company**
vs.
Defendant/3rd Party:
**Greyhound Lines, Inc. and the Goodyear Tire & Rubber Company / Motor Coach Industries, Inc. and UGL UNICCO (formerly known as UNICCO Service Company)**

Service Documents:
Third Party Summons in a Civil Action; and Third Party Complaint - Jury Trial Demanded

For:
Kevin B. Pollak
Fabiani, Cohen & Hall, LLP
570 Lexington Avenue
New York, NY 10022

Received by Edward Bowser & Associates on the 14th day of July, 2008 at 5:24 pm to be served on **UGL UNICCO, 275 Grove Street, Auburndale, MA 02466.**

I, Edward T. Bowser, III, being duly sworn, depose and say that on the **15th** day of **July, 2008** at **11:15 am**, I:

served a **CORPORATION** by delivering a true copy of the **Third Party Summons in a Civil Action; and Third Party Complaint - Jury Trial Demanded** with the date of service endorsed thereon by me, to: **Vanessa A. Eustace as Vice President & General Counsel** for **UGL UNICCO**, at the address of: **275 Grove Street, Auburndale, MA 02466**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day of July, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC LARRY D. HILL
My Commission Expires: 09/18/2009

Edward T. Bowser, III
Process Server

Edward Bowser & Associates
49 Irving Street
Post Office Box 1001
Winchester, MA 01890-8301
(617) 820-0449
Our Job Serial Number: 2008000257
Ref: 818.34464

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.2f