UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

LAUREN BICKFORD-BUSHEY,

                    Plaintiff,

          -against-

GREYHOUND LINES, INC. and THE GOODYEAR TIRE
and RUBBER COMPANY,

                    Defendants.

-------------------------------------------------------------------------X

GREYHOUND LINES, INC.,

               Third-Party Plaintiff,

       v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,

              Third-Party Defendants.

-------------------------------------------------------------------------X

**ANSWER TO
CROSS-CLAIM**

Civil Action No.
08 CIV 4465 (PKL)

[Related to
06 CIV 13371 (PKL)]

**JURY TRIAL
DEMANDED**

      Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC., by its attorneys,
FABIANI COHEN & HALL, LLP, as and for an Answer to the Cross-Claim of Third-Party
Defendant, MOTOR COACH INDUSTRIES, INC. ("MCI"), sets forth, upon information and
belief, the following:

### AS AND FOR AN ANSWER TO
### THE FIRST CROSS-CLAIM AGAINST
### GREYHOUND LINES, INC.

      NINETY-FOURTH:  Defendant/Third-Party Plaintiff, Greyhound Lines, Inc., denies
knowledge or information sufficient to form a belief as to the truth of the allegations contained in
Paragraph No. "94" of the Third-Party Defendant, MCI's Answer to Third Party Complaint
dated July 17, 2008, except denies all allegations set forth in Paragraph Nos. "1" through "93" of

Third-Party Defendant, MCI's Answer to Third-Party Complaint dated July 17, 2008 to the extent the allegations are made against Greyhound Lines, Inc. and begs leave to refer to all relevant agreements for their complete terms and conditions.

NINETY-FIFTH: Defendant/Third-Party Plaintiff, Greyhound Lines, Inc., denies each and every allegation contained in Paragraph No. "95" of the Third-Party Defendant, MCI's Answer to Third-Party Complaint dated July 17, 2008.

NINETY-SIXTH: Defendant/Third-Party Plaintiff, Greyhound Lines, Inc., denies each and every allegation contained in Paragraph No. "96" of the Third-Party Defendant, MCI's Answer to Third-Party Complaint dated July 17, 2008.

WHEREFORE, defendant/third-party plaintiff, GREYHOUND LINES, INC., demands:

1. Judgment dismissing the Plaintiff's Complaint;

2. Judgment dismissing MCI's Cross-Claim against Defendant/Third-Party Plaintiff, GREYHOUND LINES, INC.

3. Together with the costs and disbursements of this action.

Dated:     New York, New York
           July 28, 2008

Yours, etc.,

FABIANI COHEN & HALL, LLP

Kevin B. Pollak (KBP 6098)
Attorneys for Defendant/
 Third-Party Plaintiff
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

391714.1

TO:    NOVACK BURNBAUM CRYSTAL LLP
**Attorneys for Third-Party Defendant**
**MOTOR COACH INDUSTRIES, INC.**
**300 East 42nd Street**
**New York, New York 10017**
**(212) 682-4002**

**ARNSTEIN & LEHR LLP**
**Attorneys for Third-Party Defendant**
**MOTOR COACH INDUSTRIES, INC.**
**120 South Riverside Plaza, Suite 1200**
**Chicago, Illinois 60606**
**(312) 876-7100**

**LAW OFFICE OF MARK SCHNEIDER**
**Attorneys for Plaintiff**
**LAUREN BICKFORD-BUSHEY**
**57 Court Street**
**Plattsburgh, New York 12901**
**Attention: Mark Schneider, Esq.**
**(518) 566-6666**

**TAUB & MARDER**
**Attorneys for Plaintiffs**
**TERESITA SANTIAGO, RAMON**
**LORENZO and TERESITA SANTIAGO,**
**as mother and natural guardian of KAREN**
**SANTIAGO DIAZ and HENRY LORENZO,**
**infants; MARIA MERCEDES ROSARIO**
**BRETON, FABIAN GARCIA and**
**PAOLA GARCIA**
**450 Seventh Avenue, 37th Floor**
**New York, New York 10123**
**(212) 967-1122**

**RICH & RICH, P.C.**
**Attorneys for Plaintiff**
**ZIBO WANG**
**30 Vesey Street**
**New York, New York 10007**
**(212) 406-0440**

391714.1

3

KREINDLER & KREINDLER
Attorneys for Plaintiffs
KIRSTEN ANDERSON, CHRISTIAN YOPA,
ABI-SARA MACHOLD and
CINDYLYN LaMARCHE
100 Park Avenue, 18th Floor
New York, New York  10017
(212) 687-8181

GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff
LAURE BOUDET
5789 Widewaters Parkway
Syracuse, New York  13214
(315) 413-5400

RUBENSTEIN & RYNECKI, ESQS.
Attorneys for Plaintiffs
BETTY DORCE EXUME, as Administratrix
of the Estate of ANTONIDE DORCE, deceased,
and BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and
MARIE LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York  11241
(718) 522-1020

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.
Attorneys for Plaintiffs
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian of
VOSHONA GEORGE, Infant, and SHERRY ANN GEORGE
and ALLISON IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York  10019
(212) 586-6165

VALAD and VECCHIONE PLLC
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU and OURY CISSE,
Individually and as Co-Liquidators of the
Estate of SOULEYMANE TAMBADOU, deceased,
3863 Plaza Drive
Fairfax, VA  22030
(703) 352-4800

THE LIETZ LAW FIRM, PLLC
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-Liquidators
of the Estate of SOULEYMANE TAMBADOU, deceased,
888 16th Street North West
Suite 800
Washington, DC  20006
(202) 349-9869

E. STEWART JONES, PLLC
Attorney for Plaintiff
CINDYLYN LAMARCHE
28 Second Street
Troy, New York  12181
(518) 274-5820

OFFICE OF JAY H. TANENBAUM
Attorneys for Plaintiff
LIONEL CADELIS
110 Wall Street, 16th Floor
New York, New York  10005
(212) 422-1765

CHAPMAN, ZARANSKY LAW FIRM
Attorneys for Plaintiff
LIONEL CADELIS
114 Old Country Road, Suite 680
Mineola, New York  11501
(516) 741-6601 ext. 226

LAW OFFICE OF EDWARD P. RYAN
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and GNALEN BAH
38 Eagle Street
Albany, New York  12207
(518) 465-2488

LAW OFFICES OF NEIL MOLDOVAN
Attorney for Plaintiffs
SYLVINA JEAN CLAVIEN and RAPHAEL DANIS
One Old Country Road - Suite 270
Carle Place, New York  11514
(516) 294-3300

**HERRICK, FEINSTEIN, LLP**
**Attorneys for Defendant**
**THE GOODYEAR TIRE &**
** RUBBER COMPANY**
**2 Park Avenue**
**New York, New York  10016**
**(212) 592-1400**

**QUIRK and BAKALOR, P.C.**
**Attorneys for Third-Party Defendant**
**UGL UNICCO**
**845 Third Avenue, 15th Floor**
**New York, New York  10022**
**(212) 319-1000**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAUREN BICKFORD-BUSHEY,

                        Plaintiff,                              08 CIV 4465 (PKL)

            v.                                                  [Related to
                                                                06 CIV 13371 (PKL)]
GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,                                          JURY TRIAL DEMANDED

                        Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

            v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known as UNICCO Service
Company,

                        Third-Party Defendants.
------------------------------------------------------------------X

## ANSWER TO CROSS-CLAIM

**FABIANI COHEN & HALL, LLP**
**Attorneys for Defendant/Third-Party Plaintiff**
**GREYHOUND LINES, INC.**
**570 Lexington Avenue, 4th Floor**
**New York, New York 10022**
**(212) 644-4420**

To:  Attorney(s) for:
Sir(s):

            PLEASE TAKE NOTICE that a                      of which the within is a (true) (certified)
copy

            [ ]NOTICE OF ENTRY *was duly entered in the within named court on*               2008

            [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
            *one of the judges of the within named court at the Courthouse at* on   ,    2008 at        o'clock

Dated:

                        Yours, etc.,
                        FABIANI COHEN & HALL, LLP
                        Attorneys for Defendant/Third-Party Plaintiff
                        570 Lexington Avenue, 4th Floor
                        New York, New York 10022
                        (212) 644-4420

To:

Attorney(s) for: