UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

LAUREN BICKFORD-BUSHEY

                        Plaintiff,

                                              **APPEARANCE**
vs.                                           1:08-cv-04465-PKL
                                              (Rel. 06 CIV. 13371 (PKL))


GREYHOUND LINES, INC,
and THE GOODYEAR TIRE and
RUBBER COMPANY

                        Defendants

-------------------------------------------------------------

GREYHOUND LINES, INC.,
Third Party Plaintiff,

v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                        Third Party Defendants

                        .



To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case and the related case, as counsel for
LAUREN BICKFORD-BUSHEY

I certify that I am admitted to practice in this court.

Dated: August 18, 2008

        s/Daniel C. Cuppett
Daniel C. Cuppett DC6597
Law Office of Mark Schneider
57 Court Street
Plattsburgh, NY 12901
518-566-666
518-566-6667 (fax)