UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

LAUREN BICKFORD-BUSHEY

                Plaintiff,

vs.

**AFFIRMATION OF SERVICE**
1:08-cv-04465-PKL
(Rel. 06 CIV. 13371 (PKL))

GREYHOUND LINES, INC,
and THE GOODYEAR TIRE and
RUBBER COMPANY

                Defendants

-------------------------------------------------------------

GREYHOUND LINES, INC.,
Third Party Plaintiff,

v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,

                Third Party Defendants

-------------------------------------------------------------

      I, Daniel C. Cuppett, Esq., **declare under penalty of perjury** that I have served a

copy of the attached INITIAL DISCLOSURES

Upon

Kevin B. Pollak, Esq.
Fabiani & Cohen, LLP
570 Lexington Avenue
New York, NY 10022
Counsel for Greyhound

Alan D. Kaplan, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
Counsel for Goodyear

Mark E. Enright, Esq.
Richard C. Gering, Esq.
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
Counsel for MCI

Dara Leslie Rosenbaum
Quirk and Bakalor
845 Third Avenue, 15th Floor
New York, NY 10022
Counsel for UGL Unicco

by U.S. Mail.

Dated: Plattsburgh, New York
       September 3, 2008

    s/Daniel C. Cuppett
Daniel C. Cuppett DC6597
Law Office of Mark Schneider
57 Court Street
Plattsburgh, NY 12901
518-566-666
518-566-6667 (fax)
dan@northcountrylaw.com